AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Wesley Calhoun | ) | Case No. 6:22-MJ-6047-HAI |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 6, 2022__ in the county of __Pulaski__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See attached affidavit of DEA Task Force Officer Hunter D. Nelson

☑ Continued on the attached sheet.

/s/ Hunter D. Nelson w.p.b. Hanly A. Ingram
*Complainant's signature*

Hunter D. Nelson, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jun 16, 2022

*Judge's signature*

City and state: London, KY

Hanly A. Ingram, U.S. Magistrate Judge
*Printed name and title*